appeal to be argued or submitted when reached. Motion for an enlargement of time dismissed as academic by reason of the disposition of the motion decided herein.

THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE BOSCO.— Motion to vacate order of this court and for leave to appeal as a poor person denied.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DE LUISE.— Motion for a certificate of reasonable doubt denied.

In the Matter of the Estate of PAULINE S. WESTON, Deceased. DAPHNE STERLING et al., Appellants; SYDNEY WESTON, Respondent.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of Exhibits Nos. 8, 10A and 10B on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Motion to dismiss appeal denied, with $10 costs.

ELI KUSHILEWSKY v. ALEXANDER S. LINCHNER.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for October 24, 1961, said appeal to be argued or submitted when reached.

MARCIA BEN AMI MICHEL v. YITSHAQ BEN AMI et al.— Motion to dismiss appeals granted to the extent of dismissing the appeal taken from the order entered on March 22, 1961. That branch of the motion seeking to dismiss the appeal taken from the order entered on May 29, 1961, is granted, with $10 costs unless the appellant perfects and notices the appeal within 30 days from Special Term's decision of appellant's motion to set aside the order entered on May 29, 1961.

In the Matter of the Estate of JAMES HARTEN, Deceased. KATHLEEN H. GORLACH, Appellant; MARTHA A. HINDS et al., Respondents.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 26, 1961, with notice of argument for November 8, 1961, said appeal to be argued or submitted when reached.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES GILGAR.— Motion for leave to appeal as a poor person dismissed as academic. Motion to dismiss appeal granted.

PALACE DELICATESSEN, INC. v. HAROLD KAHN et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 26, 1961, with notice of argument for November 8, 1961, said appeal to be argued or submitted when reached, and on the further condition that the tenant's rights under the order of October 17, 1960 be continued.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS CARUSO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CORBO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

NETTIE W. KRAMER v. WILLIAM A. DOPPLER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

HAROLD RICKLES v. KENNETH M. JOHNSON.— Motion for a stay granted on condition that the appellant procures the record on appeal and

appellant's points to be served and filed on or before October 11, 1961, with notice of argument for October 24, 1961, said appeal to be argued or submitted when reached.

■ YORKTOWN TEXTILE AND TRIMMING CORP. et al. v. LONDON ASSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached.

■ CELIA LIEBMAN v. IRVING GREENSPAN.— Motion for an order striking out and deleting from the record on appeal plaintiff's bill of particulars granted.

■ FRANCES M. PURDY et al. v. FREDERICK A. PURDY et al.— Motion for a stay denied, with $10 costs. Motion to dismiss appeal taken from order, entered on May 22, 1961, granted. In all other respects the motion is denied.

■ ALLEN L. GRIBETZ et al. v. JOSEPH ROSENBERG et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ JOHN L. MENDES v. ALLSTATE INSURANCE COMPANY.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ THERESA SEABORN et al. v. MANHATTAN CENTER, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 26, 1961, with notice of argument for November 8, 1961, said appeal to be argued or submitted when reached.

■ SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADE-MARK BUREAU v. NEW YORK TELEPHONE COMPANY et al.— Motion for an enlargement of time granted insofar as to extend the time for plaintiff-appellant to procure the record on appeal and appellant's points to be served and filed to and including October 11, 1961 with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal, without notice to the appellant.

■ In the Matter of SIDNEY AMKRAUT v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion to dispense with printing denied with leave to renew on a proper affidavit of merit and upon a complete financial disclosure. Motion to produce document denied.

■ JOHN J. REYNOLDS, INC. v. SEEMAN BROTHERS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for October 24, 1961, said appeal to be argued or submitted when reached.

■ In the Matter of JOSEPHINE FRANCO et al. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs.

■ In the Matter of LITERARY ROUND TABLE ASSOCIATION INC. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs.